IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  10-cv-01492-PAB-MJW

ROY W.  OGBORN,

Plaintiff(s),

v.

MWH GLOBAL, INC.,

Defendant(s).

---

## MINUTE ORDER

---

It is hereby ORDERED that the Parties' Stipulated Motion for Entry of Proposed Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (docket no. 20-1) is APPROVED and made an Order of Court.

Date:  October 6, 2010