IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01492-PAB-MJW

ROY W.  OGBORN,

Plaintiff(s),

v.

MWH GLOBAL, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (docket no. 25) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2) and B & R Plastics, Inc. v. Kikkerland Design, Inc., 2009 WL 3698528 (D. Colo. Nov. 2, 2009).  The Amended Complaint (docket no. 25 -1) is accepted for filing as of the date of this minute order.

Date:   November 17, 2010