IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01492-PAB-MJW

ROY W. OGBORN,

    Plaintiff,

v.

MWH GLOBAL, Inc., a Delaware Corporation,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION FOR ADJUSTER TO PARTICIPATE IN SETTLEMENT CONFERENCE BY TELEPHONE
(Docket No. 31)

THIS MATTER coming before the Court on Defendant's Unopposed Motion for Permission for Adjuster To Participate In Settlement Conference By Telephone ("Motion"), the Court, being fully advised;

HEREBY ORDERS THAT Defendant's Motion is GRANTED. Alice C. Mascioli is hereby granted permission to participate in the January 28, 2011 settlement conference by telephone. (*) The Court's phone number is 303-844-2403.

DONE IN OPEN COURT this 13th day of December, 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

1215997v.1