IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-01492-PAB-MJW

ROY W. OGBORN,

Plaintiff,

v.

MWH GLOBAL, Inc., a Delaware Corporation,

Defendant.

MINUTE ORDER
(Docket No. 40)

It is hereby ORDERED that Plaintiff's Unopposed Motion for Extensions of Time to Submit Expert Reports and Materials is GRANTED finding good cause shown. The Scheduling Order (docket no. 11) is amended as follows:

Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before February 11, 2011.

Defendant shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P.26(a)(2) on or before March 11, 2011.

The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed.R.Civ.P. 26(a)(2) on or before March 25, 2011.

The parties may depose any rebuttal experts on or before April 11, 2011.

Date: January 28, 2011