IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01492-PAB-MJW

ROY W. OGBORN,

    Plaintiff,

v.

MWH GLOBAL INC., a Delaware Corporation,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Stipulated Motion to Dismiss With Prejudice [Docket No. 159]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss With Prejudice [Docket No. 159] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that all pending motions are denied as moot. It is further

**ORDERED** that the trial preparation conference set for October 11, 2012 and the jury trial set for October 22, 2012 are vacated.

DATED October 9, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge